UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

SPEED JOYEROS

           Petitioner,

   -against-

UNITED STATES OF AMERICA,

           Respondent.

ORDER
05 CV 0570
(JBW)

------------------------------------X

JACK B. WEINSTEIN, *Senior District Judge*:

    A submission by multiple claimants has been filed. The United States Attorney shall respond within 30 days. A hearing will be held on November 1, 2005 at 10:00 a.m. Parties may arrange with case coordinator, June Lowe for appearance by telephone.

    SO ORDERED.

                              JACK B. WEINSTEIN
                              SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       August 30, 2005

