UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                            00 Cr. 960 (JBW)
                                          05 CV. 570 (JBW)

SPEED JOYEROS, S.A.,
ARGENTO VIVO, S.A.,
YARDENA HEBRONI
    also known as "Yardena Hevroni"
ELIAHU MIZRAHI,

               Defendants.

- - - - - - - - - - - - - - - - - -X

## FINAL ORDER OF FORFEITURE

WHEREAS, on April 3, 2002, this Court entered a Preliminary Order of Forfeiture, forfeiting all corporate assets of Speed Joyeros, S.A. and Argento Vivo, S.A. seized by the Panamanian government, and

WHEREAS an Amended Preliminary Order of forfeiture was issued by the Court on October 28, 2004, specifically forfeiting particularly identified properties seized from the business location of Speed Joyeros and Argento Vivo in Panama.

WHEREAS, the United States caused to be published in a newspaper of general circulation in Panama notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the

1



Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, all timely filed claims have been addressed and resolved in this Court and no other claims have been filed; and

WHEREAS, the Court finds that defendants had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982;

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the following properties are deemed forfeited to the United States of America pursuant to 18 U.S.C. § 982:

Automobiles

> 1990 Lincoln Town Car, Vehicle Identification Number 1LNCM81G6LY702020, license plate number 663454.
>
> 1997 BMW 528ia, Vehicle Identification Number WBADD61010BR10751, license plate number 172898.
>
> 1998 Toyota Coaster DX bus, Vehicle Identification Number HZB500103574, license plate number 187070.
>
> 1999 Toyota Tercel, Vehicle Identification Number EL530320475, license plate number 186786.
>
> 1999 Mercedes Benz MB140 bus, Vehicle Identification Number KPD661227XP071482, license plate number 674230.

### Office Equipment and Jewelry Display Items

Various computer equipment, including computers and computer hardware, batteries and back-ups, printers, monitors, keyboards, ink cartridges, fax machines, copiers desks, telephones, scales, money counting machines and precious metals testers. Various jewelry display equipment and supplies, including jewelry cases of various colors, jewelry boxes, jewelry bags, and other display pieces. (As identified in Attachment 1, Exhibits F and G to the United States' Motion to Amend the Preliminary Order of Forfeiture).

### Firearms and Other Security Equipment

Various firearms and security equipment, including shotguns, revolvers, flashlights, metal detectors, and padlocks, identified further in Attachment 1, Exhibit H to the United States' Motion to Amend the Preliminary Order of Forfeiture.

### Jewelry

152 boxes of jewelry seized from Speed Joyeros, S.A., of various weights. Identified further in Attachment 1, Exhibit I to the United States' Motion to Amend the Preliminary Order of Forfeiture.

311 boxes of jewelry seized from Argento Vivo, S.A., of various weights, and the contents of Argento Vivo's merchandise storeroom. Identified further in Attachment 1, Exhibits J and G to the United States' Motion to Amend the Preliminary Order of Forfeiture.

Gold rings containing gemstones from Speed Joyeros, S.A. Identified further in Attachment 1, Exhibit K to the United States' Motion to Amend the Preliminary Order of Forfeiture.

Men's and Women's watches, along with display items, watch cases, bands, and batteries. Identified further

in Attachment 1, Exhibit L to the United States' Motion to Amend the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Department of Justice, 1400 New York Ave., N.W., Washington, D.C. 20530 Attention: Trial Attorney Patrick T. Murphy.

So ordered this __17__ day of ~~April~~ May, 2006.

_____
HON. JACK B. WEINSTEIN
Senior U.S. District Judge

4