UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

   -against-

SPEED JOYEROS, S.A.,
ARGENTO VIVO, S.A.,
YARDENA HEBRONI, also know as
   "Yardena Hevroni,"
ELIAHU MIZRAHI,

                           Defendants;

MIRIAM ROBINSON, et al.,

                           Petitioners.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0570 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 17 2006 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on August 7, 2006, granting the government's motion to strike the petitioners' claim; it is

      ORDERED and ADJUDGED that the government's motion to strike the petitioners' claim is granted.

Dated: Brooklyn, New York
         August 16, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court